**Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

# UNITED STATES BANKRUPTCY COURT

<u>CENTRAL</u>    DISTRICT OF <u>CALIFORNIA</u>

In re <u>GOLDEN SCREEN INFOMERCIALS, INC.,</u>
                Debtor

Case No. <u>LA 98</u>

Chapter <u>11</u>

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> MCI Telecommunications <br> 3 Mellon Bank Center <br> Room 2713 <br> Pittsburgh, PA 15253 <br> (800) 937-6000 | (800) 937-6000 | | | | | 563,000.00 |
| ACCOUNT NO. <br> Spencer Stuart <br> (SSI U.S. Inc.) <br> PO Box 98991 <br> Chicago, IL 60693 <br> (312) 822-0080 | (312) 822-0080 | | | | | 89,000.00 |
| ACCOUNT NO. <br> Accountant on Call <br> Dept 1573 <br> PO Box 61000 <br> San Francisco, CA 94161 <br> (213) 689-4606 | (213) 689-4606 | | | | | 35,000.00 |
| ACCOUNT NO. <br> Cort Furniture Rental <br> 1217 West Artesia Blvd <br> Compton, CA 90220 <br> (310) 604-4786 | (310) 604-4786 | | | | | 31,000.00 |

<u>3</u> continuation sheets attached

In re GOLDEN SCREEN INFOMERCIALS, INC., 
Debtor

Case No. LA 98
(if known)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of Claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM (if secured also state of value of security) |
|---|---|---|---|---|---|---|
| ACCOUNT NO. Adecco Employment Services Dept LA 21250 Pasadena, CA 91185 (310) 479-3355 | (310) 479-3355 | | | | | 27,000.00 |
| ACCOUNT NO. Stein & Kahan 1299 Ocean Avenue Santa Monica, CA 90401 (310) 458-6900 | (310) 458-6900 | | | | | 26,000.00 |
| ACCOUNT NO. Los Angeles Times Times Mirror Square PO Box 60185 - Genl Mail Los Angeles, CA 90090 (213) 237-5318 | (213) 237-5318 | | | | | 25,000.00 |
| ACCOUNT NO. Valueadd Consulting 17721 Seminole Suite 111 Yorba Linda, CA 92686 (714) 961-0161 | (714) 961-0161 | | | | | 22,000.00 |
| ACCOUNT NO. Accounting Advantage PO Box 29048 Glendale, CA 91209 (818) 240-8688 | (818) 240-8688 | | | | | 19,000.00 |
| ACCOUNT NO. Gordon's Inc 19315 San Jose Avenue City ofIndustry, CA 91748 (818) 965-8896 | (818) 965-8896 | | | | | 18,000.00 |

Sheet no. 1 of 3 sheets attached to List of Creditors Holding 20 Largest Unsecured Claims

Form B4 6/90
Case 2:98-bk-30340-ER   Doc 5-1   Filed 05/20/98   Entered 05/21/98 00:00:00   Desc
Main Document   Page 3 of 5

In re GOLDEN SCREEN INFOMERCIALS, INC., 
           Debtor

Case No. LA 98
           (if known)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of Claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM (if secured also state of value of security) |
|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Deloitte & Touche<br>File #52578<br>Los Angeles, CA 90074<br>(310) 284-9029 | (310) 284-9029 | | | | | 11,000.00 |
| ACCOUNT NO.<br>Functional Infosystems<br>3151 Airway Avenue<br>Costa Mesa, CA 92626<br>(800) 701-4289 | (800) 701-4289 | | | | | 10,000.00 |
| ACCOUNT NO.<br>MasterLease<br>Division of Tokai Financial<br>PO Box 105819<br>Atlanta, GA 30348<br>(800) 651-5000 | (800) 651-5000 | | | | | 9,000.00 |
| ACCOUNT NO.<br>Angelus Photocopy Company<br>PO Box 6013<br>Culver City, CA 90233<br>(310) 215-3137 | (310) 215-3137 | | | | | 7,000.00 |
| ACCOUNT NO.<br>Purchase Power<br>PO Box 85042<br>Acct # 1529-0732-87-2<br>Louisville, KY 40285<br>(800) 997-9907 | (800) 997-9907 | | | | | 6,000.00 |
| ACCOUNT NO.<br>Data Comm Warehouse<br>PO Box 8934<br>Boston, MA 02266<br>(800) 328-2261 | (800) 328-2261 | | | | | 4,000.00 |

Sheet no. __2__ of __3__ sheets attached to List of Creditors Holding 20 Largest Unsecured Claims

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of Claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM (if secured also state of value of security) |
|---|---|---|---|---|---|---|
| ACCOUNT NO. Gordon Fishburn & Schlossman 11812 SanVicente Blvd. #200 Los Angeles, CA 90049 (310) 826-0909 | (310) 826-0909 | | | | | 4,000.00 |
| ACCOUNT NO. Justin Time Temps 3525 Lomita Blvd #101 Torrance, CA 90505 (310) 539-5100 | (310) 539-5100 | | | | | 4,000.00 |
| ACCOUNT NO. Omni Computer PO Box 6205 Carson, CA 90749 (310) 638-2500 | (310) 638-2500 | | | | | 4,000.00 |
| ACCOUNT NO. Paul Chamberlain (PCI) 9601 Wilshire Blvd Suite 744 Beverly Hills, CA 90210 (310) 276-2601 | (310) 276-2601 | | | | | 4,000.00 |
| ACCOUNT NO. | | | | | | |
| ACCOUNT NO. | | | | | | |

Sheet no. __3__ of __3__ sheets attached to List of Creditors Holding 20 Largest Unsecured Claims

Form 6/90

## Form 2. DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

## UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re GOLDEN SCREEN INFOMERCIALS, I,
   Debtor

Case No. LA 98

Chapter 11

I, MARSHA KENT, the President
[the president or other officer or an authorized agent of the corporation] [or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Twenty Largest Unsecured Creditors
[list or schedule or amendment or other document (describe)] and that it is true and correct to the best of my information and and belief.

Date May 19, 1998

Signature /s/ M. Kent

MARSHA KENT
President
(Print Name and Title)

B2