Alfred H. Siegel
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403
Telephone: (818) 325-8441
Facsimile: (818) 501-7040

Chapter 7 Trustee


FILED
OCT 3 0 2007
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

In re:

GOLDEN SCREEN INFOMERCIALS,

Debtor.

Case No.: LA 98-30340 ES ER
CHAPTER 7

NOTICE OF UNCLAIMED DIVIDEND(S)
(FRBP 3011)

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Please find annexed hereto Check No. 155 in the sum of $5,784.28, representing the total amount of unclaimed dividend(s) in the above-entitled Debtors' estate, which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount(s) to be paid to each person entitled to said unclaimed dividend is as follows:

| *Check No.* | *Name and Address* | *Amount* |
|---|---|---|
| 128 | Gary James<br>4342 Camerino Street<br>Lakewood, CA 90712 | $1,175.64 |
| 129 | James Villaroman<br>1037 N. Avenue 64<br>Los Angeles, CA 90042 | $1,573.75 |

{00282006.DOC / 1} 1

| Check No. | Name and Address | Amount |
|---|---|---|
| 137 | Tokai Financial Services<br>c/o Cathy Iezzi<br>Legal Dept.<br>1055 Westake<br>Berwyn, PA  19312 | $262.71 |
| 138 | Airtouch Cellular<br>Dept. 6080<br>Los Angeles, CA  90088-6080 | $87.46 |
| 140 | Tokai Services<br>1055 Westlakes Drive<br>Berwyn, PA  19312 | $1,812.90 |
| 141 | Stein Kahan<br>1299 Oceana Avenue, 4th Floor<br>Santa Monica, CA  90401 | $109.70 |
| 144 | Airtouch Cellular<br>P.O. Box 79005<br>City of Industry, CA  91716-9005 | $248.79 |
| 148 | Airtouch Cellular<br>P.O. Box 79005<br>Los Angeles, CA  91716 | $251.62 |
| 149 | Airtouch Cellular<br>P.O. Box 79005<br>Los Angeles, CA  91716 | $261.71 |

Dated: October 29, 2007

_____
Alfred H. Siegel, Trustee

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 15233 Ventura Boulevard, Ninth Floor, Sherman Oaks, California 91403.

On October 30, 2007, I served the foregoing document described as:

**NOTICE OF UNCLAIMED DIVIDEND(S) (FRBP 3011)**

on the interested parties in this action by placing

____ the original

__X__ a true copy thereof enclosed in a sealed envelope addressed as follows:

Office of the U.S. Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

__X__ (BY MAIL) I deposited such envelope with postage thereon fully prepaid in the United States mail at Sherman Oaks, California.

____ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

____ (BY FACSIMILE TRANSMISSION) I caused to be transmitted to the following party(ies) at the telephone numbers listed:

Executed on October 30, 2007, at Sherman Oaks, California.

____ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ (FEDERAL) I declare that I am employed in the office of Alfred H. Siegel, at whose direction the service was made.

_Bita Goel_
BITA GOEL

{00282006.DOC / 1}3