

# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. LA98-30340ER |
| ) | ORDER TO PAY UNCLAIMED FUNDS |
| GOLDEN SCREEN ) | |
| INFOMERCIALS ) | |
| Debtor (s) ) | |

It appears that a check made payable to TOKAI FINANCIAL SERVICES in the amount of $2,075.61, was not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on October 30, 2007 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that DE LAGE LANDEN FINANCIAL SERVICES, INC. for TOKAI FINANCIAL SERVICES c/o Sierra Funds Recovery, Inc. now claims the above monies in an application filed with this court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $2,075.61 to DE LAGE LANDEN FINANCIAL SERVICES, INC. c/o Sierra Funds Recovery, Inc., 10123 Main Place, Ste. B, Bothell, WA 98011.

_____     8/19/08
United States Bankruptcy Judge       Date
JUDGE - REV. 04/00